**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 355 MAL 2018

                      Respondent   :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

                 v.   :

RAYMOND W. SCHOEN,   :

                      Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.